# UNITED STATES DISTRICT COURT
## for the
Southern District of Georgia
Savannah Division

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 4:13-cr-00114-1 |
| Akeem Jamal Edwards | ) |
| | ) USM No: 18261-021 |
| Date of Original Judgment: May 14, 2014 | ) |
| Date of Previous Amended Judgment: N/A | ) George R. Asinc |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(1)(B) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the First Step Act of 2018 pursuant to Pub. L. No. 115-391, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ **DENIED.**  ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

[FILED stamp: CLERK U.S. DISTRICT COURT SAVANNAH DIV. SO. DIST OF GA. 2020 JAN -6 AM 9:20]

Except as otherwise provided, all provisions of the judgment dated May 14, 2014, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: DEC. 30, 2019

*Judge's signature*

Effective Date: _____

William T. Moore, Jr.
Judge, U.S. District Court

*(if different from order date)*   *Printed name and title*